**Exhibit 1**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE S.W., an individual, | : | |
| Plaintiff, | : | Case No. 2:19-cv-1194 |
| *vs.* | : | Judge Algenon L. Marbley |
| LORAIN-ELYRIA MOTEL, INC., *et. al.*, | : | Chief Mag. Judge Elizabeth P. Deavers |
| Defendants. | : | |

### AFFIDAVIT OF CHETANKUMAR PETAL

I, Chetankumar Petal, being first duly sworn and cautioned, state as follows:

1. I am the authorized representative of SRI Ram, LLC, whose principal place of business is located at 1070 Graham Road, in Cuyahoga Falls, Ohio. A copy of the Articles of Organization for SRI Ram, LLC that are filed with the Ohio Secretary of State are attached hereto as Exhibit A.

2. SRI Ram, LLC owns the property at 1070 Graham Road and operates a short-term lodging and motel business on that property which does business under the fictitious name "Economy Inn." A copy of the fictitious name filings with the Ohio Secretary of State are attached hereto as Exhibits B and C.

3. Other than the "Economy Inn" motel located at 1070 Graham Road in Cuyahoga Falls, Ohio, SRI Ram, LLC owns no other real property and operates no other businesses.

4. The "Economy Inn" motel that is owned and operated by SRI Ram, LLC is not affiliated with any other short-term lodging or motel business, including any other motel or short-term lodging business operating under the same name.

5. Besides the motel located at 1070 Graham Road in Cuyahoga Falls, Ohio, SRI Ram, LLC has no control or right of control over any other short-term lodging or motel business, including any other motel that may operate under the same name.

6. The "Economy Inn" located at 1070 Graham Road is not a franchise. It is an independent business that is wholly owned and operated by SRI Ram, LLC.

7. The individual identified in Plaintiff's Complaint as "A prior employee Bennett" (Doc. # 1, ¶ 84) has never been employed by SRI Ram, LLC and has never worked for or at the "Economy Inn" motel located at 1070 Graham Road in Cuyahoga Falls, Ohio.

8. The Yelp reviews identified in Plaintiff's Complaint (Doc. # 1, ¶ 84) are not reviews for the "Economy Inn" motel located at 1070 Graham Road in Cuyahoga Falls, Ohio, and appear to be reviews of other motel businesses operating under the same name.

9. I have no knowledge any of the circumstances concerning "Jane Doe S.W." and her alleged trafficking.

10. Along with my wife, I raised my two children on the property located at 1070 Graham Road in Cuyahoga Falls, Ohio, while running the day-to-day operations of the motel business. My wife and I were and remain diligent in maintaining a safe premisis for our customers as well as for our children.

11. Throughout the time that my family has bene responsible for the day-to-day operations of our motel business, we have worked and cooperated with law enforcement in order to provide the safest environment possible for our family, our customers, and the surrounding community and will continue to do so.

12. My wife and I have and will continue to take affirmative steps to ensure the safety of those on the premises of our hotel and to reduce and reduce and prohibit any criminal enterprise that we are made aware of.

Further affiant sayeth naught.

_____
Chetankumar Petal

Sworn to before me and subscribed in my presence this 2nd day of July, 2019.

Matthew Teetor, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

_____
Notary Public

DOC ID ----> 200631702624

**Exhibit A**

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 11/14/2006 | 200631702624 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | .00 | 00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

LUNDGREN GOLDTHORPE AND ZUMBAR
526 E MAIN STREET
ATTN DAVID J LUNDGREN
ALLIANCE, OH 44601

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, J. Kenneth Blackwell**

1660120

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**SRI RAM, LLC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **ARTICLES OF ORGANIZATION/DOM. LLC** | 200631702624 |

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 13th day of November, A.D. 2006.

*J. Kenneth Blackwell*
Ohio Secretary of State

United States of America
State of Ohio
Office of the Secretary of State

DOC ID ----> 200631702624



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail busserv@sos.state.oh.us

| Expedite this Form: (Select One) |
|---|
| Mail Form to one of the Following: |
| ⊙ Yes — PO Box 1390, Columbus, OH 43216 *** Requires an additional fee of $100 *** |
| ● No — PO Box 670, Columbus, OH 43216 |

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
*(Domestic or Foreign)*
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A

**(CHECK ONLY ONE (1) BOX)**

(1) [X] Articles of Organization for Domestic Limited Liability Company (115-LCA) ORC 1705

(2) [ ] Application for Registration of Foreign Limited Liability Company (106-LFA) ORC 1705
_____ (Date of Formation) _____ (State)

*Complete the general information in this section for the box checked above.*

**Name**         SRI RAM, LLC

[ ] Check here if additional provisions are attached

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, Ltd, L t d, LLC, L L C

---

*Complete the information in this section if box (1) is checked.*

**Effective Date (Optional)** _____ (mm/dd/yyyy)
Date specified can be no more than 90 days after date of filing. If a date is specified, the date must be a date on or after the date of filing.

This limited liability company shall exist for     **Perpetuity**
*(Optional)*                                     (Period of existence)

**Purpose** *(Optional)* _____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

*(Optional)*
_____ (Name)
_____ (Street)   NOTE: P.O. Box Addresses are NOT acceptable.
_____ (City)     _____ (State)   _____ (Zip Code)

DOC ID ----> 200631702624

| Complete the information in this section if box (1) is checked Cont. |
|---|

## ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member, manager or representative of

_____SRI RAM , LLC_____
(name of limited liability company)

hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

_____Chetankumar B. Patel_____
(Name of Agent)

_____1070 Graham Road_____
(Street)          NOTE: P.O. Box Addresses are NOT acceptable

_____Cuyahoga Falls_____   ___Ohio___   ___44224___
(City)                        (State)       (Zip Code)

Must be authenticated by an authorized representative

_Chetan B. Patel_         _10/05/06_
Authorized Representative        Date
Chetankumar B. Patel

_____        _____
Authorized Representative        Date

### ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

_____SRI RAM , LLC_____
(name of limited liability company)

hereby acknowledges and accepts the appointment of agent for said limited liability Company

_Chetan B. Patel_
Chetankumar B. Patel (Agent's signature)

PLEASE SIGN PAGE (3) AND SUBMIT COMPLETED DOCUMENT

**Complete the information in this section if box (2) is checked.**

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

_____
(Name)

_____
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)    (State)    (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

_____

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

_____
(Name)

_____
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

_____    Ohio
(City)    (State)    (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
   a.  the agent cannot be found, or
   b.  the limited liability company fails to designate another agent when required to do so, or
   c.  the limited liability company's registration to do business in Ohio expires or is cancelled.

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

Chetan B. Patel                    10/05/06
Authorized Representative          Date

Chetankumar B. Patel
(Print Name)
1070 Graham Road
Cuyahoga Falls, Ohio 44224

_____    _____
Authorized Representative          Date

(Print Name)

DOC ID ----> 200710901670

**Exhibit B**



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/19/2007 | 200710901670 | FICTITIOUS NAME/ORIGINAL FILING (NFO) | 50 00 | .00 | 00 | 00 | 00 |

**Receipt**
This is not a bill. Please do not remit payment.

LUNDGREN GOLDTHORPE AND ZUMBAR
526 E. MAIN ST
ALLIANCE, OH 44601

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1693653**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

### ECONOMY INN

and, that said business records show the filing and recording of:

Document(s)                                        Document No(s):
**FICTITIOUS NAME/ORIGINAL FILING**                200710901670
   Expiration Date:    04/16/2012
                                                   SRI RAM, LLC
                                                   1070 GRAHAM RD
                                                   CUYAHOGA FALLS, OH 44224

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 16th day of April, A.D. 2007.

*Jennifer Brunner*
Ohio Secretary of State

DOC ID ----> 200710901670



Prescribed by:
The Ohio Secretary of State
Central Ohio (614) 466-3910
Toll Free 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

**Expedite this Form:** (Select One)

**Mail Form to one of the Following:**

○ Yes  PO Box 1390
Columbus, OH 43216
*** Requires an additional fee of $100 ***

● No  PO Box 670
Columbus, OH 43216

# NAME REGISTRATION
*(For Domestic/Foreign Profit or Nonprofit)*
Filing Fee $50.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING

**(CHECK ONLY ONE (1) BOX)**

| (1) ☐ Trade Name (167-RNO) Date of first use MM/DD/YYYY | (2) ☒ Fictitious Name (169-NFO) | (3) Name Reservation (160-NRO) ☐ Original ☐ Renewal Registration No |
|---|---|---|

*Complete the information in this section if box (1) or (2) is checked.*

The exact name being registered or reported is

**ECONOMY INN**

The Registrant is (Check Appropriate Box)

☐ Individual
☐ Limited Partnership: Reg. No _____
☒ Ohio Limited Liability Co., Reg No  **1660120**
☐ Ohio Corporation, Charter No. _____
☐ General Partnership
☐ Other _____

☐ Foreign Corporation incorporated in the state of _____ holding Ohio license no _____
☐ Unincorporated Association
☐ Foreign Limited Liability Co holding Ohio Reg No _____ organized in the state of _____

The name of the registrant designated above is

**SRI RAM, LLC**

NOTE: Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

**1070 Graham Road**
(Street) — NOTE: P.O. Box Addresses are NOT acceptable

| Cuyahoga Falls | Summit | Ohio | 44224 |
|---|---|---|---|
| (City) | (County) | (State) | (Zip Code) |

**Complete the information in this section if box (1) or (2) is checked Cont..**

Complete only if registrant is a general partnership

| NAME OF ALL GENERAL PARTNERS | COMPLETE RESIDENTIAL ADDRESSES (including zip code) |
|---|---|
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

Short term lodging - motel.

**Complete the information in this section if box (3) is checked.**

☐ Please reserve the name listed below (only one name per form)

☐ Please reserve the first name available in the order of my preference

I understand that I am not guaranteed the reservation UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME

The name reservation is valid for a period of 180 days

_____
(First Choice)

_____
(Second Choice)

_____
(Third Choice)

_____                     _____
(Applicant)                                          (Print Name)

_____
(Address)

_____
(City, State and Zip Code)

**REQUIRED**
Must be authenticated (signed) by an authorized representative
(See Instructions)

Chetan B Patel
Authorized Representative   CHETAN B. PATEL
Date: 01/11/07

Monika C. Patel
Authorized Representative   MONIKA C. PATEL
Date: 01/11/07



| DATE | DOCUMENT ID | DESCRIPTION | FILING | OVER PAYMENT | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/22/2017 | 201708002874 | FICTITIOUS NAME RENEWAL (NFR) | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Receipt
This is not a bill. Please do not remit payment.

SRI RAM, LLC
CHETANKUMAR PATEL
1070 GRAHAM ROAD
CUYAHOGA FALLS, OH 44224

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

1693653

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

ECONOMY INN

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **FICTITIOUS NAME RENEWAL** | 201708002874 |

Effective Date: 03/17/2017



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 22nd day of March, A.D. 2017.

*Jon Husted*

**Ohio Secretary of State**



Form 523A Prescribed by:

# JON HUSTED
## OHIO SECRETARY OF STATE

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov
File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 788
Columbus, OH 43216

Expedite Filing (Two business day processing time. Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

2017 MAR 17 AM 10: 22

# Renewal of Trade Name or Fictitious Name Registration
## Filing Fee: $25

(CHECK ONLY ONE (1) BOX)

☐ Renewal of Trade Name (172-RNR)
Reg. No. _____

☒ Renewal of Fictitious Name (159-NFR)
Reg. No. 1693653

Trade Name or Fictitious Name to be Renewed: ECONOMY INN

Name of Registrant Renewing Name: SRI RAM, LLC

Registrant's Entity Number (if registered with Ohio Secretary of State): 1660120

Complete if the registrant is a general partnership and has **not** provided an entity number above. Registration numbers are assigned to partnerships that have filed a statement under Ohio Revised Code Chapter 1776 OR complete if a partner was listed on the original application and that person/entity is no longer a partner.

Provide the name and address of at least one general partner.

| Name | Address |
|---|---|
| CHETANKUMAR PATEL | 1070 GRAHAM RD CUYAHOGA FALLS, OH 44224 |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

Form 523A          Page 1 of 2          Last Revised: 6/12/13

DOC ID ----> 201708002874

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**REQUIRED**
Renewal must be signed by the registrant or authorized representative of the registrant.

*Signature:* Chetan B Patel

*By (if applicable):* CHETAN. B. PATEL

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

*Print Name:* CHETANKUMAR B. PATEL

*Signature:* Monika C Patel

*By (if applicable):* MONIKA. C. PATEL

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

*Print Name:* MONIKA C. PATEL

Form 523A                Page 2 of 2                Last Revised: 6/12/13