IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANE DOE S.W., an individual, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:19-cv-01194 |
| ) | |
| v. ) | Judge Algenon L. Marbley |
| ) | Mag. Judge Elizabeth P. Deavers |
| LORAIN-ELYRIA MOTEL, INC., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff S.W. ("Plaintiff") and Defendant SRI Ram, LLC by and through their undersigned counsel, hereby stipulate that the Plaintiff's claims against Defendant SRI Ram, LLC are dismissed without prejudice in their entirety. The Plaintiff and Defendant SRI Ram, LLC shall each bear their own costs and attorneys' fees.

DATED: November 14th, 2019

| | |
|---|---|
| **WEITZ & LUXENBERG P.C.** | **ISAAC, WILES, BURKHOLDER & TEETOR, LLC** |
| By: */s/ Samantha Breakstone*<br>Samantha A. Breakstone (PHV)<br>Weitz & Luxenberg P.C.<br>700 Broadway<br>New York, NY 10003<br>Tel: (212) 558-5672<br>sbreakstone@weitzlux.com | By: */s/ Matthew S. Teetor*<br>William B. Benson (0047181)<br>Molly R. Gwin (0088189)<br>Matthew S. Teetor (0087009)<br>Isaac,Wiles, Burkholder & Teetor, LLC<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215<br>Tel: (614) 221-2121 |
| */s/ Pamela A. Borgess*<br>Pamela A. Borgess (0072789) | wbenson@isaacwiles.com |

Borgess Law, LLC
6800 W. Central Ave., Ste. E
Toledo, OH 43617
Tel: (419) 262-6148
pborgess@borgesslaw.com

*/s/ Kimberly Dougherty*
Kimberly A. Dougherty (PHV)
Andrus Wagstaff, PC
19 Belmont Street
South Easton, MA 02375
Tel: (508) 230-2700
kim.dougherty@andruswagstaff.com

*Attorneys for the Plaintiff*

mgwin@isaacwiles.com
mteetor@isaacwiles.com

*Attorneys for Defendant SRI Ram, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record by operation of the Court's electronic filing system.

/s/ *Samantha Breakstone*
Samantha A. Breakstone