# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JANE DOE S.W.,**

    Plaintiff,

v.

**LORAIN-ELYRIA MOTEL, INC.,**
   *et al.*,

    Defendants.

Civil Action 2:19-cv-1194

Chief Judge Algenon L. Marbley

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff has moved to modify the scheduling order. (ECF No. 85.) The motion is **GRANTED** to a limited extent as follows. Discovery is **STAYED** temporarily. The parties are **DIRECTED** to file a revised Rule 26(f) Report no later than July 10, 2020.

    **IT IS SO ORDERED.**

**DATE:   June 26, 2020**                                    /s/   *Elizabeth A. Preston Deavers*
                                                                          **ELIZABETH A. PRESTON DEAVERS**
                                                                          **CHIEF UNITED STATES MAGISTRATE JUDGE**